

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2024

No. 04-22-00458-CR

Abel C. **ESQUIVEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 19-08-0204-CRA
Honorable Lynn Ellison, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is PERMANENTLY ABATED.

It is so **ORDERED** on February 7, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2024.

_____
Tommy Stolhandske, Clerk of Court